**Dismissed and Opinion Filed July 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00857-CV

### IN RE CHAD ALAN VANDERBEEK, Relator

**Original Proceeding from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-82251-2017**

# MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Stoddart
Opinion by Justice Evans

Before the Court is relator's July 21, 2017 petition for writ of mandamus in which relator complains of the trial court's refusal to hold an immediate hearing on a petition for writ of habeas corpus. Pursuant to *Powell v. Hocker*, 516 S.W.3d 488, 491-94 (Tex. Crim. App. 2017), we must dismiss this proceeding. Accordingly, we dismiss this proceeding.

/s/David Evans/
DAVID EVANS
JUSTICE

170857F.P05